438 F.2d 1233
 UNITED STATES of America
v.
Lionel Adolph JOSEPH, Appellant.
 No. 18365.
 United States Court of Appeals, Third Circuit.
 Argued May 7, 1970, Reargued Nov. 24, 1970.
Decided April 7, 1971.
 
 Richard A. Axelrod, Shuman, Denker & Land, Philadelphia, Pa., for appellant.
 Charles B. Burr, II, Asst. U.S. Atty., Philadelphia, Pa. (Louis C. Bechtle, U.S. Atty., on the brief), for appellee.
 Before MARIS, FREEDMAN and SEITZ, Circuit Judges.
 Reargued before HASTIE, Chief Judge, and MARIS, FREEDMAN,[1] SEITZ, VAN DUSEN, ALDISERT, ADAMS, GIBBONS, and ROSENN, Circuit Judges.
 OPINION OF THE COURT
 PER CURIAM:
 
 
 1
 On this appeal the court is evenly divided.
 
 
 2
 The judgment will be affirmed.
 
 
 
 [1]
 Judge Freedman heard the reargument on this appeal but died before the case was decided